**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | BrewSA Brewing Company, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-2264437 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **180 Woodcleft Avenue**<br>**Freeport, NY 11520**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __**BrewSA Brewing Company, LLC**__          Case number (*if known*) _____
             Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5181____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **BrewSA Brewing Company, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   __BrewSA Brewing Company, LLC_____     Case number (*if known*) _____
         Name

▌  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

X _____          Thomas Limerick
   Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

**18. Signature of attorney**     X _____          Date _____
                                     Signature of attorney for debtor             MM / DD / YYYY

**Marc A. Pergament**
Printed name

**Weinberg, Gross & Pergament LLP**
Firm name

**400 Garden City Plaza**
**Suite 403**
**Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone _____     Email address _____

Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                                                          Chapter 11

BrewSA Brewing Company, LLC,                              Case No.

          Debtor.                               CORPORATE RESOLUTION

------------------------------------------------------------X

      The undersigned, being all of the Managers of BrewSA Brewing Company, LLC, a

New York limited liability company do hereby certify that a duly called meeting of the managers of

BrewSA Brewing Company, LLC, the following resolutions were adopted, and have not been

modified or rescinded, and are still in full force and effect:

      "Resolved, that in the judgment of the managers, it is desirable and in the best interest

of the company, that Steven Walley, Thomas Limerick and William McLaughlin, Managers of the

company be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by

the company upon such date, and in the event, in their discretion, such action should be necessary for

the protection of the company and preservation of its assets without further notice to the managers of

BrewSA Brewing Company, LLC, and it is further

      Resolved, that any one managers, Thomas Limerick, Steven Walley or William

McLaughlin be and hereby is, authorized to execute and file all petitions, schedules, lists and other

papers and to take any and all action which he may deem necessary and proper in connection with

such proceedings under Chapter 11, and in that connection, to retain and employ Weinberg, Gross &

Pergament LLP and to retain and employ all other professionals which he may deem necessary or

proper with a view towards a successful conclusion of such a reorganization case."

IN WITNESS WHEREOF, the undersigned, being all of the managers of BrewSA Brewing Company, LLC, have executed and adopted this Corporate Resolution this 20th day of November, 2019

_____
Steven Walley, Manager

_____
Thomas Limerick, Manager

_____
William McLaughlin, Manager

Fill in this information to identify the case:

Debtor name   BrewSA Brewing Company, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bluevine Capital 401 Warren Street Redwood City, CA 94063 | | | Disputed | | | $14,000.00 |
| Brian Limerick 180 Woodcleft Avenue Freeport, NY 11520 | | Loan | | | | $40,000.00 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | Goods and Services | | | | $7,389.60 |
| Capital One, NA 1680 Capital One Drive Attn:  Loan Administration Dept. Mc Lean, VA 22102-3491 | | Business Loan | | | | $170,000.00 |
| EZ Pass 19-02 Whitestone Expressway #101 Whitestone, NY 11357 | | Services | | | | $3,300.00 |
| Gordon and Laurie Hamm 35 Paddock Road Ho Ho Kus, NJ 07423 | | Loan | | | | $125,000.00 |
| Gro Grove Realty Inc. 500 South Main Street Freeport, NY 11520 | | Rent | Disputed | | | $60,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **BrewSA Brewing Company, LLC**                                        Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Keg Logistics LLC 9110 E. Nichols Avenue, Suite 105 Centennial, CO 80112 | | Goods | Disputed | | | $1,500.00 |
| | | | | | | |
| Matthew Finnerty 72 Van Rensselear Avenue Stamford, CT 06902 | | Loan | | | | $85,000.00 |
| National Grid 300 Erie Boulevard West Syracuse, NY 13202 | | Services | | | | $2,552.28 |
| New York State Insurance Fund 8 Corporate Center Drive Melville, NY 11747-3166 | | Worker's Compensation Policy | Disputed | | | $9,452.48 |
| Nucor CO2 2800 SE Market Place Stuart, FL 34997 | | Goods | Disputed | | | $3,300.00 |
| NYS Dept. of Taxation & Finance Banrkuptcy Unit, Special Procedure P.O. Box 5300 Albany, NY 12205-0300 | | Sales Tax | | | | $9,900.00 |
| Pall Corp 25 Harbor Park Drive Port Washington, NY 11050 | | Goods | | | | $11,000.00 |
| | | | | | | |
| Tristate Carbon 430 US 206 Newton, NJ 07860 | | Goods | Disputed | | | $3,000.00 |
| United Security & Fire Alarm, Inc. 100 Smith Street Farmingdale, NY 11735 | | Alarm System | | | | $8,400.00 |
| Verizon 500 Technology Drive, Suite 500 Saint Charles, MO 63304 | | Services | | | | $3,053.90 |

**Fill in this information to identify the case:**

Debtor name __BrewSA Brewing Company, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2.1  Knight Capital Group**<br>Creditor's Name<br><br>**9 East Lockeman Street<br>Dover, DE 19901**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Assets**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $44,356.42 | $0.00 |
| Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2  M&T Bank**<br>Creditor's Name<br>**c/o Getman & Birlya, LLP<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Assets**<br><br>Describe the lien<br>**Small Business Loan**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $353,000.00 | $0.00 |
| Creditor's email address, if known<br><br>Date debt was incurred<br>**2016**<br>Last 4 digits of account number<br>**2019**<br>Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  __BrewSA Brewing Company, LLC__    Case number (if know) _____
       Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Prospero's Equipment Corp.** | | | | |
|---|---|---|---|---|---|

| | | Describe debtor's property that is subject to a lien | **$100,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Equipment** | | |

**123 Castleton Street
Pleasantville, NY 10570**
Creditor's mailing address

Describe the lien
**UCC**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$497,356.42** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Rosenthal & Goldhaber, P.C.**<br>**1393 Veterans Memorial Hwy, Suite 212N**<br>**Hauppauge, NY 11788** | Line __2.3__ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   BrewSA Brewing Company, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**NYS Dept. of Taxation & Finance**<br>**Banrkuptcy Unit, Special**<br>**Procedure**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,900.00 | $9,900.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Bluevine Capital**<br>**401 Warren Street**<br>**Redwood City, CA 94063** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $14,000.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Brian Limerick**<br>**180 Woodcleft Avenue**<br>**Freeport, NY 11520** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,000.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   __BrewSA Brewing Company, LLC__                    Case number (if known) _____
       Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,389.60 |

**3.3** Nonpriority creditor's name and mailing address
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Date(s) debt was incurred __
Last 4 digits of account number  6975

As of the petition filing date, the claim is: *Check all that apply.*    $7,389.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods and Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Capital One, NA
1680 Capital One Drive
Attn:  Loan Administration Dept.
Mc Lean, VA 22102-3491

Date(s) debt was incurred __
Last 4 digits of account number  6091

As of the petition filing date, the claim is: *Check all that apply.*    $170,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
EZ Pass
19-02 Whitestone Expressway #101
Whitestone, NY 11357

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $3,300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Gordon and Laurie Hamm
35 Paddock Road
Ho Ho Kus, NJ 07423

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $125,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Gro Grove Realty Inc.
500 South Main Street
Freeport, NY 11520

Date(s) debt was incurred __
Last 4 digits of account number  7519

As of the petition filing date, the claim is: *Check all that apply.*    $60,000.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Keg Logistics LLC
9110 E. Nichols Avenue, Suite 105
Centennial, CO 80112

Date(s) debt was incurred __
Last 4 digits of account number  KC

As of the petition filing date, the claim is: *Check all that apply.*    $1,500.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Goods

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Matthew Finnerty
72 Van Rensselaer Avenue
Stamford, CT 06902

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $85,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | BrewSA Brewing Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address
National Grid
300 Erie Boulevard West
Syracuse, NY 13202

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,552.28**

---

**3.11** | Nonpriority creditor's name and mailing address
New York State Insurance Fund
8 Corporate Center Drive
Melville, NY 11747-3166

Date(s) debt was incurred __
Last 4 digits of account number  8634

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Worker's Compensation Policy**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,452.48**

---

**3.12** | Nonpriority creditor's name and mailing address
Nucor CO2
2800 SE Market Place
Stuart, FL 34997

Date(s) debt was incurred __
Last 4 digits of account number  9620

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,300.00**

---

**3.13** | Nonpriority creditor's name and mailing address
Pall Corp
25 Harbor Park Drive
Port Washington, NY 11050

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,000.00**

---

**3.14** | Nonpriority creditor's name and mailing address
Tristate Carbon
430 US 206
Newton, NJ 07860

Date(s) debt was incurred __
Last 4 digits of account number  0640

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.15** | Nonpriority creditor's name and mailing address
United Security & Fire Alarm, Inc.
100 Smith Street
Farmingdale, NY 11735

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm System**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,400.00**

---

**3.16** | Nonpriority creditor's name and mailing address
Verizon
500 Technology Drive, Suite 500
Saint Charles, MO 63304

Date(s) debt was incurred __
Last 4 digits of account number  0001

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,053.90**

---

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **BrewSA Brewing Company, LLC**                    Case number (if known) _____
       Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Capital One NA<br>P.O. Box 105474<br>Atlanta, GA 30348-5474 | Line **3.4**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Maidenbaum & Associates P.L.L.C.<br>One Broadcase Plaza, Suite 218<br>Merrick, NY 11566 | Line **3.13**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | National Grid<br>Accounts Processing KEDLI<br>One MetroTech Center<br>Brooklyn, NY 11201-3948 | Line **3.10**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | New York State Insurance Fund<br>199 Chruch Street<br>New York, NY 10007-1100 | Line **3.11**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | State of New York<br>Office of Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | Victor Mevorah, P.C.<br>100 Garden City Plaza, Suite 400<br>Garden City, NY 11530 | Line **3.7**<br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

6.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 9,900.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 546,948.26 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 556,848.26 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
### Eastern District of New York

In re  **BrewSA Brewing Company, LLC**

Debtor(s)

Case No. _____

Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alan Deangelo<br>897 Woody Circle<br>Evans, GA 30809 | | .25 | Common |
| Daniel Serrao<br>653 Sherwood Road<br>Ho Ho Kus, NJ 07423 | | .25 | Common |
| David Siferinger<br>852 Stonewall Ct.<br>Franklin Lakes, NJ 07417 | | 1 | Common |
| Doug Standriff<br>34 Wearimus Road<br>Ho Ho Kus, NJ 07423 | | .25 | Common |
| Frank Miglionico<br>125B Ivy Street<br>Oyster Bay, NY 11771 | | .25 | Common |
| Gregory Smiechowski<br>70 Knollwood Road<br>Upper Saddle River, NJ 07458 | | .5 | Common |
| Jay Deutsch<br>2 Bridle Court<br>Oyster Bay, NY 11771 | | 2.5 | Common |
| Jeff Schaub<br>860 East Broadway<br>Long Beach, NY 11561 | | 6 | Common |
| John M. O'Neill Jr.<br>30 Red Road<br>Chatham, NJ 07928 | | 1 | Common |
| Joseph Infantino<br>170 Paulding Avenue<br>Staten Island, NY 10314 | | 2.5 | Common |
| Marie Schiavo<br>238 East Saddle River Road<br>Saddle River, NJ 07458 | | 1.75 | Common |
| Michael Betsy<br>7 Sparrowbush Road<br>Upper Salle River, NJ 07458 | | 2 | Common |

Sheet 1 of 3 in List of Equity Security Holders
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **BrewSA Brewing Company, LLC**                                  Case No. _____
                                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Richard Fardo<br>43 E. Cheryl Road<br>Pine Brook, NJ 07058 | | 1.5 | Common |
| Robert J. DeLuccia<br>232 Gregory Road<br>Franklin Lakes, NJ 07417 | | 3.5 | Common |
| Scott Devitt<br>841 Baytree Lane<br>Ponte Vedra Beach, FL 32082 | | 2 | Common |
| Steve Materetsky<br>950 Washington Avenue<br>Ho Ho Kus, NJ 07423 | | .25 | Common |
| Steven Walley<br>444 Ardmore road<br>Ho Ho Kus, NJ 07423 | | 28.25 | Common |
| Thomas H. Golden<br>841 Blauvelt Avenue<br>Ho Ho Kus, NJ 07423 | | 2.25 | Common |
| Thomas Limerick<br>295 Links Drive West<br>Oceanside, NY 11572 | | 28.25 | Common |
| Todd Duetsch<br>7 Old Wagon Lane<br>Old Westbury, NY 11568 | | .25 | Common |
| Tom Dyrsten<br>2 Broadwine Road<br>Ho Ho Kus, NJ 07423 | | 2.5 | Common |
| Via Finance Group LLC<br>137 Linden Farms Road<br>Locust Valley, NY 11560 | A | 6 | |
| William McLaughlin<br>5410 Promenade Blvd.<br>Fair Lawn, NJ 07410 | | 7 | Common |

List of equity security holders consists of 3 total page(s)

In re: __BrewSA Brewing Company, LLC_____    Case No. _____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __11-22-19_____    Signature    _____
                                            **Thomas Limerick**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re    BrewSA Brewing Company, LLC

Debtor(s)

Case No. _____

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    11-22-19

Thomas Limerick/Managing Member
Signer/Title

Date: _____

Signature of Attorney
Marc A. Pergament
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Suite 403
Garden City, NY 11530

USBC-44

Rev. 9/17/98

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Bluevine Capital
401 Warren Street
Redwood City, CA 94063


Brian Limerick
180 Woodcleft Avenue
Freeport, NY 11520


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One NA
P.O. Box 105474
Atlanta, GA 30348-5474


Capital One, NA
1680 Capital One Drive
Attn: Loan Administration Dept.
Mc Lean, VA 22102-3491


EZ Pass
19-02 Whitestone Expressway #101
Whitestone, NY 11357


Gordon and Laurie Hamm
35 Paddock Road
Ho Ho Kus, NJ 07423


Gro Grove Realty Inc.
500 South Main Street
Freeport, NY 11520


Keg Logistics LLC
9110 E. Nichols Avenue, Suite 105
Centennial, CO 80112


Knight Capital Group
9 East Lockeman Street
Dover, DE 19901

M&T Bank
c/o Getman & Birlya, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203


Maidenbaum & Associates P.L.L.C.
One Broadcase Plaza, Suite 218
Merrick, NY 11566


Matthew Finnerty
72 Van Rensselear Avenue
Stamford, CT 06902


National Grid
300 Erie Boulevard West
Syracuse, NY 13202


National Grid
Accounts Processing KEDLI
One MetroTech Center
Brooklyn, NY 11201-3948


New York State Insurance Fund
8 Corporate Center Drive
Melville, NY 11747-3166


New York State Insurance Fund
199 Chruch Street
New York, NY 10007-1100


Nucor CO2
2800 SE Market Place
Stuart, FL 34997


NYS Dept. of Taxation & Finance
Banrkuptcy Unit, Special Procedure
P.O. Box 5300
Albany, NY 12205-0300


Pall Corp
25 Harbor Park Drive
Port Washington, NY 11050

Prospero's Equipment Corp.
123 Castleton Street
Pleasantville, NY 10570


Rosenthal & Goldhaber, P.C.
1393 Veterans Memorial Hwy, Suite 212N
Hauppauge, NY 11788


State of New York
Office of Attorney General
28 Liberty Street, 15th Floor
New York, NY 10005


Steven Walley
125 Elmwood Avenue
Ho Ho Kus, NJ 07423


Thomas Limerick
295 Links Drive West
Oceanside, NY 11572


Tristate Carbon
430 US 206
Newton, NJ 07860


United Security & Fire Alarm, Inc.
100 Smith Street
Farmingdale, NY 11735


Verizon
500 Technology Drive, Suite 500
Saint Charles, MO 63304


Victor Mevorah, P.C.
100 Garden City Plaza, Suite 400
Garden City, NY 11530

# United States Bankruptcy Court
## Eastern District of New York

In re    BrewSA Brewing Company, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    BrewSA Brewing Company, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date _____

Marc A. Pergament
Signature of Attorney or Litigant
Counsel for    BrewSA Brewing Company, LLC
Weinberg, Gross & Pergament LLP
400 Garden City Plaza
Suite 403
Garden City, NY 11530

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  BrewSA Brewing Company, LLC                **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____


2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____


3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **Marc A. Pergament** | |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| **Weinberg, Gross & Pergament LLP** | |
| **400 Garden City Plaza** | |
| **Suite 403** | |
| **Garden City, NY 11530** | Signature of Pro Se Joint Debtor/Petitioner |
| | |
| | Mailing Address of Debtor/Petitioner |
| | |
| | City, State, Zip Code |
| | |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In Re:                                              Chapter 11

BrewSA Brewing Company, LLC,                        Case No.

                    Debtor.                         Affirmation Under Local
                                                    Bankruptcy Rule 1007-4
---------------------------------------------------------------X

Thomas Limerick, duly affirms under the penalties of perjury as follows:

1.    I am one of the Managers of BrewSA Brewing Company, LLC, the above-named debtor (hereinafter "Debtor"). I submit this affirmation in accordance with Local Bankruptcy Rule 1007-4 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

2.    The principal office of the Debtor is located in this district at 180 Woodcleft Avenue, Freeport, New York.

3.    The Debtor's taxpayer identification number is 47-2264437.

4.    There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

5.    No official or unofficial committee of creditors of the Debtor has been organized as of this date.

6.    No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

7.    The Debtor's principal books and records are located at 180 Woodcleft Avenue, Freeport, New York.

8. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9. During the pendency of these proceedings, the Debtor intends to continue its operations in the manufacturing and sale of beer and related products.

10. The Debtor operates its business from 180 Woodcleft Avenue, Freeport, New York.

11. It is anticipated that the Debtor's operations in the next thirty (30) days will result in a-slight loss.

12. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13. The Debtor does not have any assets located outside the territorial limits of the United States.

14. It is desirable for the Debtor to continue its operations as the Debtor believes itself to be capable of effectuating a reorganization.

Dated: Garden City, New York
         November 20, 2019

_____
Thomas Limerick, Manager